No. 72–1603. CARDWELL, WARDEN *v.* LEWIS. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–477. GERSTEIN *v.* PUGH ET AL. C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–482. MICHIGAN *v.* TUCKER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–370. NATIONAL LABOR RELATIONS BOARD *v.* FOOD STORE EMPLOYEES UNION, LOCAL 347, AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, AFL–CIO. C. A. D. C. Cir. Certiorari granted. Motion of Heck's Inc., for leave to intervene denied.

No. 73–439. LEHMAN BROTHERS *v.* SCHEIN ET AL.;
No. 73–440. SIMON *v.* SCHEIN ET AL.; and
No. 73–495. INVESTORS DIVERSIFIED SERVICES, INC., ET AL. *v.* SCHEIN ET AL. C. A. 2d Cir. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument limited to the following question: "Did the Court of Appeals for the Second Circuit err in not certifying the question of Florida law to the Florida Supreme Court pursuant to Florida's certification procedure? Fla. Stat. Ann. § 25.032 (1961), Fla. App. Rule 4.61 (1967)." Reported below: 478 F. 2d 817.